[No. 13953-3-I.   Division One.   April 1, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE JUNIOR MCDONALD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-1-02053-7, Frank L. Sullivan, J., entered November 1, 1983. *Affirmed* by unpublished opinion per Webster, J., concurred in by Corbett, C.J., and Scholfield, J.

[No. 14391-3-I.   Division One.   April 1, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES EDWARD BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-8-04267-6, Francis E. Holman, J., entered February 1, 1984. *Affirmed* by unpublished opinion per Webster, J., concurred in by Williams and Coleman, JJ.

[No. 14619-0-I.   Division One.   April 1, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN ROMARIO MITCHELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-1-03410-4, Patricia H. Aitken, J., entered March 19, 1984. *Dismissed* by unpublished per curiam opinion.